CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 10 2020

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

For Clerk's Office Use

| Judge | Rec'd |
|-------|-------|
|       |       |

Ⓤ

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

_Manelnez Spiry_
Plaintiff full name

_94155-020_
Inmate No.

v.

CIVIL ACTION NO. _7:20CV400_

_warden Brekon Aw of programs, Aw of operation_
Defendant(s) full name(s)

_Captain Phelps, Lt Bowles, Lt Briggs, Lt Avery_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A. Current facility and address: _Federal probation 433 Walnut st Macon, Ga 31201_

B. Where did this action take place? _USP Lee_

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_✓_ Yes    _____ No

If your answer to A is Yes, answer the following:

1. Court: _Federal court of Middle Ga_

2. Case Number: _5:20-CV-00177_

D. Have you filed any grievances regarding the facts of this complaint?

_✓_ Yes    _____ No

1. If your answer is Yes, indicate the result: _yes I filed sensitive 9s but could not obtain the 10s while at FDC Miami and FMC Butner because I was refused at Lee_

2. If your answer is No, indicate why:

E.  Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

1-4-17 my cell mate tore his towel to make a rag and the officer who was a former employee of USP Lewisburg where I had

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

while on the compound I was repeatly touched during pat searches, denied dental treatment and medical

F.  State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

I am asking for 20 million and officer be removed

G.  If this case goes to trial do you request a trial by jury?  Yes __✓__  No _____

H.  If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 7-7-20 _____  SIGNATURE: _____

VERIFICATION: Menendez Spikes
I, _Menendez Spikes_, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 7-7-20 _____  SIGNATURE: _____

claim/

recently been incarcerated and had suffered excessive use of force, unlawful use of restraints, assaults and officers using inmates to assault me. Lt Bowles choose to put us both in paper clothes though my cellmate, williams, Lerontae # B___061 admitted that the porn towel was his. After I had asked why Lt Bowles told me he would put me in restraints and I submitted to paper clothes that did not fit properly and revealed my buttock. When the restraints were applied they were applied tightly and they cut into my sides and wrist and my ankles. I was hitted with a restraint after I was in medical I notified the nurse while being taped that the restraints were to tight. I was wheeled into the room where I stayed that smelled of urine and feces. And forced to get on my knees because Lt Bowles told me to live on my knees. Everytime these officers entered the room I was forced to get on my knees. The officer shoved the shield into my back and slammed my head into the wall stepped on my toes and dug the shield into my ankles and calves.

This happened every time these officers entered the room until and even when the 2nd shift and Lt Briggs came on. The Nurse falsely stated that the restraints where not as tight as they were. The captain Phelps failed to intervene and while the 2 unknown psychologist where present I was forced on my knees while a officer Beat my head to the left painfully and the psychologist made a joke out of talking to me while I was in severe pain and they failed to intervene.

I was placed back in the cell with this inmate who took the shot for the incident, but I was still charged and found guilty when officer Pain stated that my cell mate would be admitted to it. I was forced to sleep on steel and charged $3.66. On a later date, 5th officers came into my cell and stole music that I had been writing.

And while in the sth I was given unknown cell mates who were aggressive and order to start an incident.

This I feel was part of a conspiring to cover up and retaliate on me for the class action suit I filed against USP Lewisburg

officers.                    I notified the warden
of these assaults, medical, dental and unsanitary
while in the SHU I was denied
dental attention for which I had
to pull here of my tooth out with my
hand which amount to deliberate
indifference of a serious medical
issue for which I still have dental
problems.

I was denied the administrative
remedy process on the incident report
and for these issues due to the fact
that the administrative remedy officer
was SHu Lt Bowles wife.

I was placed back in the 8Hu after
another former USP Lewisburg officer
it aver placed an inmate in the
cell with me that pulled a knife
on my which I feel was also
purposeful, and I endure further
harrassment. While in the 8Hu
which was unsanitary because
the officer and SHu Lt refused
to give cleaning supplies and also
gave a supposed fire retarded
toilet paper that was in small
like wraps that was not enough
and clung to the hairs on the
return which caused us to have
to tear the paper and hairs
out the return while in the SHu

In the margin:
his civil rights issues

Claims

While on the compound. I had signed up multiple times to see a doctor but never did they ran test or took fecas because of the bleeding I endured but never asked or could I see a doctor. So they could not no treat my Hemroids were bleeding badly which amounted to Inadquate medical treatment which I still suffer from which also amounts to deliberate indifference.

I was not allowed to take the Re Entry Housing because I was told I had a detainer which I had filed the BADA and it had lost it force. I was not allowed the Early Release Date And the AW stated oborty previstefrom no one would be allowed the Half way House from us P Lee and I was Dlenied. Ms Bently refused to process early relese date or Gratuty

Opon leaving I was asked by Ms Bently the base manager to sign or agreemed to take a medication that the BOP Never nor had the ever seen me for a Mental Health Issue.

And I was refused the Gratuity check and Bus clothes

I was cut on my right arm by the fence and Denied medical attention

I filed the administrative remedies on these issues on multiple occasions they were lost repeatedly and improperly denied. They refused to replace the counselor ect etc. the remedies while he was on glory vacation and had said to put them in his box which disappeared.

Their was a conspiracy to conceal and retaliate by improperly treating me with a mental health issue

I was denied psychological attention when requested

I was assaulted by an inmate with a knife when I requested to be removed from the cell but was refused twice then I was placed back in the alley and charged with the knife.

This was a result of USP Lee officers and administration failure to properly search and loss or record security Breach and this caused my assault

My Property was repeatly lost when I received it after I was released from the Shu and this includes my Boots and medication

unknown 1st shift S/H officers, 2nd shift unknown S/H officers, unknown S/H nurse, 2 unknown Psychologist, unknown medical health administrator unknown Dental admin. unknown officer who inappropriately failed re. administrative released officer Bowles, counselor paid, case manager Bently, and unknown Re-entry staff

Case 7-20-cv-00400-MFU-JCH    Document 19    Filed 07/10/20    Page 9 of 9    Pageid#:

Marlies Spih
2400 Riverside Dr
Macon, Ga 31201

MACON GA 310

Western District of Virginia
office of the Clerk
210 Franklin Rd suite 540
Roanoka, Va 24011-2208

24011-220840