Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 01 2021

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Marchiez Spivey
v.
Breckon, et al

7:20-cv-00400

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 30 2021

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

I am filing suit for the following issues.
Cruel and unusal punishment
excessive force
unlawful use of restraints
unsanitary living conditions
failure to properly document
failure to prevent
failure to investigate
failure to screen
Deliberate indifference
Denial of Medical
Denial of Dental
Inadaquate Medical treatment
Denial of the administrative
Remedy system
Denial of Pychology services
failure to record ofhu and use of
force
failure to Discipline
improper touching During Pat search

Jan 4, 2017 while sharing a cell with Lerontee Williams # 73400, 061 He tore His sheets to make a Rag WE were both took down stairs Williams took responsability for the tore sheet but I was told by Lt Bowers that if I would not go into paper clothes I would be put into chains. Even though I submitted to paper close I was still put into restraints. Lt Bowers was a former employee of U.S.P Lewisburg where I was subjected to the same Areatment. I was placed in restraints so tight that my wrist, sides and ankles were scared. and would swell. My movement was restricted. and I could not relieve myself. My Buttock was exposed and I could not pull my clothes up. I was placed in a cell that smelled like urine and fease. I was fitted with a helment. Everytime the officer enter the room I was made to get on my knees on the floor

facing the wall the other would rem the steild into my back and smash my face into the walls then they would aprel the steigld, my toes and calves and achytles. This was leqd by Lt Bowels and purpertrated by 1st shift. Their was an Red headed white nurse who checked the restraints and stated that they were not tight but they were too tight.

The Captain also came in and I notified him that the restraints were too tight He did not respond.

2 unknown psychologist came in while I was on my knees with officers in the cell. an unknown white male bent my head toward his crochet in a painful manner while I was talking to them They failed to report this incident.

I was written an incident report on this incident of Destroying, altering or damaging government property or the property of another person, having a value of 100.00 or less

molar tooth issues when a filling fell out. I endured serious pain and did not get denied attention while in Ashlee. I notified the medical staff of these issues in 2018 of feberary.

While I was in USP Lee I notified them that I had been expericeing bleed from my retal area. I was siing a fecal test. I was not allowed to see or talk to a docter when I arrived at another facility and I was told that a hemorrod had burst. This treatment by USP Lee amounted to inadequate medical treatment. While there I also notified medical about an ongoing medical issues my achilfes cptue, which I notified medical about but I was denied treatment about that and my stomach which amounted to deliberate indifference

While in the ottu I notified warden Breckon of the medical issues, excessine force issues and denial of the administrative remedy

In writing and verbally Him and his assistant wardens. I also sent multiple Emails to him and his staff to no avail. He failed to investigate and failed to Discipline sgt Lt Boyers and Bishops and 1st and second shift officers for the excessive use of force and unlawful use of restraints

On Multiple occasion during the pat searches while leaving the chow hall the same unknown officer a white man would slide his left knuckle down my left Butt cheek when I Notified S/s they filed a administrative remedy. But the out come of the investigation was not revealed.

I was denied pre realse class by Psychology because they stated I had a hold but I had processed the ADA and it had ran its course and the hold lost its force

and improperly found guilty though Lerondie Williams was found guilty by his case manager when he admitted to the offense.

Officer Pgin said that he was lying and forced me guilty and forced me to sleep on steel or without a mattress.

Also the treatment continued when 2Nd shift came on and Lt. Briggs took over. The officer continued to make me get on my knees slamming me into the wall and forcing the shield into my back grinding it into my ancles and toes. They failed to record those incidents to show possible use or necessary use of force

I notified the nursing staff that I needed dental work I was told that I would be put on a list because USP Lee doesn't staff a Dentist. I had a molar tooth fall out and I had to pull the remainder of the tooth out with my hand I had to other

Lt Bowels and Briggs and
1st and 2nd shift staff officers
cruel and unusual punishment
excessive use of force, unlawful
use of restraint

Warden Brown and unknown
assistant warden failure to
investigate, failure to discipline
Denial of the administrative
remedy Denial of medical care
perpetrat amount to deliberate
indifference

Medical and Health services admin
stration Denial of medical
and Dental treatment
Deliberate indifference, inad-
quate medical treatment

2 unknown psychologist failure
to intervene in the cruel
and unusual punishment
excessive use of force and
unlawful use of restraint
failure to report

Psychology administrative,
Dentist of psychological
services

Failure to search cells
and to recover and
recover the lost material
from destroyed lockers
Captain Phelps

Sgt. Lt. Bowah and
Briggs failure to provide
cleaning material to
properly clean cells
and failure to provide
proper hygiene products
if the toilet paper I knew
would get caught on the
hair of the rectum
and have to be tore
off and was not enough
to properly clean
with

Denial of the administrative
remedy process by
administrative remedy officer
my Bayett and Unit Team
Pendergrass and Beatty
would when asked administrative
remedy forms would
not return them forms
and issues were such as
Denial of Medical and
Dental Emergency issues
for excessive use of force
and cruel and unusual
punishment

Signed /s/

Mauthez Sptuy
2541 Montpellier Ave
Macon, Ga 31204

MACON GA  310

22 SEP 2021   PM 2   L

Thinking

AUGUST
WILSON

united States District
210 Franklin rd rm540
Roanoke, Na 24011

24011-220999